JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL DENNIS SILVERS, | CV 12-2986 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HSBC BANK USA, N.A., et al., | |
| Defendants. | |

Pursuant to the Court's January 18, 2013 Minute Order granting the Motion to Dismiss filed by defendants HSBC Bank USA, N.A., Mortgage Electronic Registration Services, Inc., PHH Mortgage Corporation, and NDEX West, LLC ("Defendants"), which dismissed plaintiff Marshall Dennis Silvers' ("Plaintiff") Complaint with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2  nothing and that Defendants shall have their costs of suit.

3       IT IS SO ORDERED.

4

5  DATED: January 18, 2013              _____

6                                     Percy Anderson

                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28